UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LEVY GARDENS PARTNERS 2007, LP                    CIVIL ACTION

VERSUS                                                                    NO.  10-4261

LEWIS TITLE INSURANCE COMPANY,              SECTION "N"  (2)
INC., ET AL

### ORDER AND REASONS

Considering the Motion for Review of Taxation of Costs, filed by Levy Gardens Partners

2007, LP (Rec. Doc. 236);

**IT IS ORDERED** that the motion **(Rec. Doc. 236)** is **DENIED** for substantially the reasons

stated in the opposition memorandum filed by defendant Commonwealth (Rec. Doc. 237).

New Orleans, Louisiana, this 18th day of April, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**